1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN, ESQ. (SBN 154279)
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: (415) 561-8440
4  Facsimile: (415) 561-8430

5  Attorneys for Defendants:
   UNUM LIFE INSURANCE COMPANY
6  and NORTHROP GRUMMAN CORPORATION
   LONG TERM DISABILITY PLAN
7

8  **KANTOR & KANTOR, LLP**
   GLENN R. KANTOR, ESQ. (SBN 122643)
   gkantor@kantorlaw.net
9  NIAMH E. DOHERTY, ESQ. (SBN 260749)
   ndoherty@kantorlaw.net
10 19839 Nordhoff Street
   Northridge, CA 91324
11

   Attorneys for Plaintiff:
12 ISIDRO QUINTAS

13

14            **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17                              *E-FILING*

18 ISIDRO QUINTAS,                    )
                                      )  **CASE NO. 10-CV-2987 (TEH)**
19         Plaintiff,                 )
                                      )
20    vs.                            )  **STIPULATION AND ORDER**
                                      )  **REGARDING EXTENSION OF**
21 UNUM LIFE INSURANCE COMPANY;      )  **TIME**
   NORTHROP GRUMMAN CORPORATION      )
22 LONG TERM DISABILITY PLAN, ,       )  **First Request**
                                      )
23         Defendant.                 )
                                      )
24                                    )
                                      )
25 _____)

26         IT IS HEREBY STIPULATED, by and between the plaintiff, ISIDRO QUINTAS and

27 defendants UNUM LIFE INSURANCE COMPANY and NORTHROP GRUMMAN

28

                                   -1-
   **QUINTAS v. UNUM, et al.**
   **STIP AND ORDER RE EXTENSION OF TIME**        **CASE NO. 10-CV-2987 (TEH)**

1  CORPORATION LONG TERM DISABILITY PLAN, by and through their counsel of record

2  herein, that the time for defendants to answer or otherwise respond to plaintiff's complaint be

3  extended to August 26, 2010.

4      Good cause exist for this extension because counsel for defendants will be on vacation

5  from August 1, 2010 through August 11, 2010.

6      The extension of time is through and including August 26, 2010.

7

8  DATED: July 28, 2010                 Respectfully submitted,

9                               KANTOR & KANTOR, LLP

10

11

12                               By: /s/ GLENN R. KANTOR
                             Glenn R. Kantor

13                               Niamh E. Doherty
                             Attorneys for Plaintiff:

14                               ISIDRO QUINTAS

15

16  DATED: July 28, 2010                 Respectfully submitted,

17                               RIMAC MARTIN

18

19                               By: /s/ ANNA M. MARTIN
                             Anna M. Martin

20                               Attorneys for Defendants:
                             UNUM LIFE INSURANCE COMPANY

21                               and NORTHROP GRUMMAN LONG TERM
                             DISABILITY PLAN

22

23

24

25

26

27

28

-2-

QUINTAS v. UNUM, et al.
STIP AND ORDER RE EXTENSION OF TIME            CASE NO. 10-CV-2987 (TEH)

1    IT IS SO ORDERED.

2

3

4    Dated: July _3_, 2010                    By: _____
                                                  The Honorable Thelton E. Henderson
5                                                 Judge of the United States
                                                  District Court Northern District of
6                                                 California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**QUINTAS v. UNUM, et al.**
**STIP AND ORDER RE EXTENSION OF TIME          CASE NO. 10-CV-2987 (TEH)**