IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO QUINTAS,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNUM LIFE INSURANCE COMPANY, et al.,<br><br>                    Defendants. | NO. C10-2987 TEH<br><br><u>ORDER GRANTING</u><br><u>DEFENDANTS' MOTION TO</u><br><u>DISMISS AND TRANSFER</u> |

Defendants' unopposed motion to dismiss Defendant Unum Life Insurance Company ("Unum") and to transfer this case to the Central District of California is GRANTED. Defendant Unum is dismissed without prejudice, and the Clerk shall close the file and transfer this case to the Central District of California.

**IT IS SO ORDERED.**

Dated: 09/23/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT